**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

| | | |
|---|---|---|
| **RACHELLE CRAIG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 8-02334-STA-egb** |
| | ) | |
| | ) | |
| **EZPAWN TENNESSEE, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

Before the Court is Defendants' Renewed Motion to Dismiss, or in the Alternative, to Amend Scheduling Order Deadlines and to Preclude Plaintiff from Introducing Expert Proof (D.E. # 133), filed on July 28, 2010.  The Magistrate Judge recommended that Defendants' Renewed Motion to Dismiss be granted.  Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted.  Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby ADOPTS the Magistrate Judge's report and dismisses Plaintiff's case.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 19th, 2010.
